## No. 7354.

### ANN FORD vs. ANN E. KITTREDGE.

The fact that the citation of appeal did not issue in the name of the State is not good ground for dismissal. The error in it is imputable to the clerk and not to the appellant.

If the bond is in the sum fixed by the district judge, the appeal cannot be dismissed for insufficiency. If insufficient to cover the costs the lower judge should have been applied to for its increase.

Where a widow had been administratrix of her deceased husband ten years, and the succession property amounting to $300,000 had been sold and two-thirds of it bought by her and the residue by the heirs eight years ago, and no account ever filed, the holder of an acknowledged claim against the succession may sue the widow personally and recover judgment against her individually, and is not forced to go into the Probate Court either preliminarily to lay a foundation for a personal suit, or to actually seek the assets of the succession.

O'Keefe *vs.* Handy.

A draft had been given for the interest upon this claim up to a certain date and upon the note was then endorsed the statement or receipt—"interest has been paid hereon up to this date"—but the draft was not paid. *Held,* that testimony was admissible to shew these facts, and the receipt was not conclusive upon the holder of the note, nor was it a novation of the debt *pro tanto,* but the interest thus receipted for, on the faith that the draft would be honoured, was recoverable in this suit along with the principal and other interest.

APPEAL from the District Court for Assumption. BEATTY, J.

*Walter Guion* for Plaintiff. *E. N. Pugh* for Defendant Appellant.

DE BLANC, J., delivered the opinion affirming the judgment, WHITE, J., dissenting.